IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

WAYNER D. BLACK,

                    Defendant.

ORDER

09-cr-108-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has filed a motion for reconsideration of the court's order to authorize payment from his inmate trust account for restitution. Dkt. #192. The government shall have until August 5, 2021 to respond. In particular, the government should address defendant's argument that the government lacks authority to collect more than the installment payments specified in the restitution order. See United States v. Raifsnider, 846 Fed. Appx. 423, 424 (8th Cir. 2021); United States v. Hughes, 914 F.3d 947, 949 (5th Cir. 2019); United States v. Martinez, 812 F.3d 1200, 1202 (10th Cir. 2015).

      Entered this 15th day of July, 2021.

                                  BY THE COURT:

                                  /s/

                                  _____
                                  BARBARA B. CRABB
                                  District Judge

.